IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANN M. HOPPA,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-847-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carolyn W. Colvin, Commissioner of Social Security, against plaintiff Ann M. Hoppa affirming the Commissioner's decision denying plaintiff's application for disability insurance benefits and supplemental security income.

_/s/ Peter Oppeneer_
Peter Oppeneer, Clerk of Court

11/4/2013
Date