IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANN M. HOPPA,

        Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                                    Case No. 12-cv-847-bbc

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carolyn W. Colvin, Commissioner of Social Security, against plaintiff Ann M. Hoppa affirming the Commissioner's decision denying plaintiff's application for disability insurance benefits and supplemental security income.

*/s/ Peter Oppeneer*                                    11/4/2013
Peter Oppeneer, Clerk of Court                 Date